| Information to identify the case: | | |
|---|---|---|
| Debtor **IBK Partners Inc** Name | EIN | **83–4043376** |
| United States Bankruptcy Court **Eastern District of New York** Case number: **8–19–72940–reg** | Date case filed for chapter | **11  3/21/19** |

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 4/17/19 was filed on 5/3/19.

The following deadlines apply:

The parties have until May 10, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is May 24, 2019.

If a Transcript Redaction Request is filed, the redacted transcript is due June 3, 2019.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is August 1, 2019, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber J&J Court Transcribers, Inc. at 609–586–2311 or you may view the document at the public terminal at the Office of the Clerk.

Dated: May 7, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]