# Notice Recipients

District/Off: 0207–8  User: swu  Date Created: 5/7/2019
Case: 8–19–72940–reg  Form ID: 295  Total: 5

**Recipients of Notice of Electronic Filing:**
aty    Avrum J Rosen    arosen@rkdlawfirm.com
aty    Daniel Neil Zinman    dzinman@kandfllp.com
aty    Jerold C Feuerstein    jfeuerstein@kandfllp.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    IBK Partners Inc    195 St. James Place    Brooklyn, NY 11238
intp    195 Saint James Lender, LLC    c/o Kriss & Feuerstein LLP    360 Lexington Avenue    Suite 1200    New York, NY 10017 US

TOTAL: 2